# DECEMBER 16, 1942

WILL BINGHAM V. THE STATE.

No. 22340. Delivered December 16, 1942.

The opinion states the case.

*Aubrey Davee,* of Brady, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

GRAVES, Judge.

Upon a trial before a jury appellant was fined $150.00 for violation of the local option liquor law of McCulloch County.

There are no bills of exceptions in the record, and the statement of facts reflect a sale of whisky in a dry area.

All proceedings appear to be regular, and the judgment is affirmed.